UNITED STATES COURT Southern DISTRICT OF NEW YORK.

Valmiki Ramani
Plaintiff
against
YouTube LLC
Defendants

INDEX NO

COMPLAINT

19 CV 9499

1) I VALMIKI RAMANI of 139-05 85 DR-6D Briarwood, NY 11435 hereby deposes to be true.

2) After having a YouTube channel "VALMIKI RAMANI INTERNATIONAL Songs of Love ™" for three years, on October 11 2019 I was forced to delete the channel as YouTube was desirous of turning my channel into an INDIAN one, on the 10th of OCT, I discovered the my channel apart from displaying my name and trade name, there was only five out of 427 music videos displayed, my channel had an endless stream of Indian videos, which in a way my videos were never displayed.

3) I am no longer, or my tradename associated with YouTube LLC, or is in any contract with the firm. My Image is still being used by YouTube!

(1)

4) Despite this YouTube is still in persuit of exploiting my name and trade mark and name in this manner, if either my name or trade name is typed into the YouTube browser, you are directed to my former channel site which is of course all Indian videos now, this is an infringment, and illegal use of both.

5) I wish to have YouTube cease this practice and pay me compensation and punitive cost of $150,000, in that they are still using my name and trade name for users to be directed to the Indian music video site.

DEFENDANT ADDRESS:
YOUTUBE LLC
901 CHERRY AVE
SAN BRUNO
CA 94066

Valmiki Ramani
Plaintiff
VALMIKI RAMANI
Tel: 718-291-2978
Email: VALMIKI.D.R @Gmail.com

UNITED STATES COURT OF NEW YORK,
Southern District of New York

Valmiki Ramani
  Plaintiff
  against
YouTube LLC
  Defendant

INDEX NO
17 CV 5746 (CM)

DISCOVERY

To the Honourable Chief Justice Colleen McMahon-

1) After being forced to delete my YouTube channel 10-11-20, I was advise by my son to use VIMEO, on which I have started to upload videos to. They are located in New York City and are not as good as YouTube. However I am writing this to inform you how horrible YouTube has been to me.

2) I began to upload my top videos that had high viewers on YouTube, only to discover they were not in my VIDEO FOLDER, I got HP Smart friend to dig deep into PC computer to locate them but could not, YouTube had deleted them along with a few of my top songs from my music folder.

3) My Email is Valmiki-D-Ra Gmail-Com
arrived in Canada and Google owns WhatsApp.

I was even able to discover that my emailing to every one was being monitored as one day I emailed my son to tell him several songs/videos had risen to the top of the site(s), after I did this, I went back to find the videos had been removed.

4) I am aware that the case is now in the hands of the District Court of Northern California, I am only writing you this to let you see what I have had to endure from you tube.

Valmiki Ramon
Plantyff

Valmiki Ramani

# Your New Benefit Amount

**BENEFICIARY'S NAME:** VALMIKI D RAMANI

Your Social Security benefits will increase by **2.8%** in 2019 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

## How Much Will I Get And When?

- Your monthly amount (before deductions) is — **$809.00**
- The amount we deduct for Medicare Medical Insurance is — **$0.00**
  (If you did not have Medicare as of November 16, 2018, or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare Prescription Drug Plan is — **$0.00**
  (We will notify you if the amount changes in 2019. If you did not elect withholding as of November 1, 2018, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is — **$0.00**
  (If you did not elect voluntary tax withholding as of November 16, 2018, we show $0.00.)
- After we take any other deductions, you will receive — **$809.00**
  on or about January 3, 2019.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. Or visit *www.ssa.gov/non-medical/appeal* to appeal online. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* online.

## What If I Have Questions?

- Visit our website at *www.socialsecurity.gov*
- Call us toll-free at **1-800-772-1213** (TTY **1-800-325-0778**)
- Contact your nearest Social Security office

3RD FL DISTRICT OFFICE
155-10 JAMAICA AVE
JAMAICA NY 11432

## Other Help For Seniors

Call the Eldercare Locator service of the U.S. Administration on Aging at **1-800-677-1116**